IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Tierney, Peter Joseph

Printed: 7/29/08

Case Number: 04 B 27247
Judge: Wedoff, Eugene R
Filed: 7/22/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: May 30, 2008
Confirmed: September 9, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 99,914.36 |  |
| Secured: |  | 64,138.61 |
| Unsecured: |  | 28,029.90 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 5,045.73 |
| Other Funds: |  | 0.12 |
| Totals: | 99,914.36 | 99,914.36 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | ECast Settlement Corp | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 28,859.92 | 23,110.80 |
| 4. | SunTrust Mortgage Corporation | Secured | 32,859.58 | 32,859.58 |
| 5. | Oakwood Hills Condo Ass'n | Secured | 2,554.60 | 2,554.60 |
| 6. | Countrywide Home Loans Inc. | Secured | 5,613.63 | 5,613.63 |
| 7. | Countrywide Home Loans Inc. | Unsecured | 350.00 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 8,420.63 | 8,420.63 |
| 9. | Resurgent Capital Services | Unsecured | 8,486.58 | 8,486.58 |
| 10. | ECast Settlement Corp | Unsecured | 1,717.39 | 1,717.39 |
| 11. | Waukegan Yacht Club | Unsecured | 1,194.23 | 0.00 |
| 12. | Waukegan Yacht Club | Unsecured | 1,172.61 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 3,679.70 | 3,679.70 |
| 14. | ECast Settlement Corp | Unsecured | 4,388.52 | 4,388.52 |
| 15. | Waukegan Yacht Club | Unsecured | 1,337.08 | 1,337.08 |
| 16. | CitiFinancial | Unsecured |  | No Claim Filed |
|  |  |  | $ 103,334.47 | $ 94,868.51 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 1,055.48 |
| 4% | 258.08 |
| 3% | 225.84 |
| 5.5% | 1,112.00 |
| 4.8% | 2,236.98 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Tierney, Peter Joseph | Case Number:  04 B 27247 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/29/08 | Filed:  7/22/04 |

                                5.4%                      157.35
                                                         _____
                                                          $ 5,045.73

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                            Marilyn O. Marshall, Trustee, by:

